UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
L.C.C.,

                          Petitioner,

          - against –

KENNETH GENALO, *in his official capacity
as Field Office Director of New York,
Immigration and Customs Enforcement*,
WARDEN RAUL MALDONADO, JR.,
*in his official capacity as Warden of the
Metropolitan Detention Center*, ACTING
DIRECTOR TODD LYONS, *in his official
capacity as Acting Director U.S. Immigrations
and Customs Enforcement*, SECRETARY
MARKWAYNE MULLIN, *in his official
capacity as Secretary of Homeland Security*,
PAM BONDI, *in her official capacity as
Attorney General*,

                          Respondents.
------------------------------------------------------------ X

JUDGMENT
26-cv-01790 (NCM)

A Memorandum and Order of the Honorable Natasha C. Merle, United States District

Judge, on March 27, 2026, granting the petition for a writ of habeas corpus; it is

ORDERED and ADJUDGED that the petition for a writ of habeas corpus is granted; and

petitioner shall not be re-detained without notice and an opportunity to be heard at a pre-

deprivation bond hearing before a neutral decisionmaker, where the government will have the

burden of showing that his detention is authorized under 8 U.S.C. § 1226(a).

Dated: Brooklyn, New York
      March 30, 2026

Approved by:   */s/ Natasha C. Merle*
                 NATASHA C. MERLE
                 United States District Judge

Dated: Brooklyn, New York
      March 30, 2026

Approved by:   */s/Brenna B. Mahoney*
                 BRENNA B. MAHONEY
                 Clerk of Court